**IN RE: ADOPTION OF R.A.W.A.**

**Petition of: L.J.E., Father**

**No. 226 WAL 2017**

Supreme Court of Pennsylvania.

July 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edward Arthur GEIER, Jr., Petitioner**

**No. 141 MAL 2017**

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**IN the INTEREST OF: C.E.L.M.P., a Minor**

**Petition of: T.T., Mother**

**No. 254 EAL 2017**

Supreme Court of Pennsylvania.

July 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.